IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JOHN CHARP, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) No. 10-CV-3216 ) |
| GOLDEN MOMENTS SENIOR CARE, | ) ) ) |
|     Defendant. | ) ) |

OPINION

A Report and Recommendation (d/e 13) was entered by the Magistrate Judge in the above cause on June 8, 2011. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is accepted by the Court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (d/e 13) is ACCEPTED by the Court.

(2) Plaintiffs' Complaint (d/e 1) is DISMISSED FOR WANT OF

PROSECUTION.

(3) This case is CLOSED.

ENTERED: June 28, 2011.

FOR THE COURT:

                                     s/ Sue E. Myerscough
                                 SUE E. MYERSCOUGH
                         UNITED STATES DISTRICT JUDGE